IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


UNITED STATES OF AMERICA,
     Plaintiff,

v.                                      Civil No. 04-4130

WAYNE K. NIVENS and
PEGGY H. NIVENS,
          Defendants.

ORDER REOPENING CASE

Comes on for consideration the motion of the United States of America to re-open the above-captioned matter.

IT IS THEREFORE ORDERED that the Order to Administratively Terminate this action entered on March 7, 2005, is hereby set aside, and this matter is re-opened for the United States of America to pursue its foreclosure action against the Defendant;

ORDERED this 19th day of June, 2006.


/s/Jimm Larry Hendren
HONORABLE JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE